■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMISHA MACK, Appellant. [836 NYS2d 455]—Appeal from a judgment of the Supreme Court, Erie County (Penny M. Wolfgang, J.), rendered October 14, 2005. The judgment revoked defen-

dant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that said appeal from the judgment insofar as it imposed sentence be and the same hereby is unanimously dismissed as moot (*see People v Griffin*, 239 AD2d 936 [1997]) and the judgment is affirmed. Present—Scudder, P.J., Martoche, Smith, Centra and Peradotto, JJ.